**Nos. 24-1324, 24-1409**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

NATERA, INC.,

*Plaintiff-Appellee*,

v.

NEOGENOMICS LABORATORIES, INC.,

*Defendant-Appellant*.

Appeal from the United States District Court for the Middle District of North Carolina, No. 1:23-cv-00629; Hon. Catherine C. Eagles

**NEOGENOMICS LABORATORIES, INC.'S NOTICE OF CORRECTION**

NeoGenomics Laboratories, Inc. gives notice under Federal Circuit Rule 25(i) that it is filing a corrected opening brief replacing a citation to a duplicate document in the original draft Joint Appendix and rotating some pages in the brief's addendum:

- On page 16, "Appx26-29" has been replaced with "Appx20912-20915";
- The following addendum pages have been rotated 180°: Appx80-81, Appx83, Appx85, Appx118-119.

Dated:  February 13, 2024

DARALYN J. DURIE
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

JOHN FRANKLIN MORROW, JR.
WOMBLE BOND DICKINSON
One West Fourth Street
Winston-Salem, NC 27101

Respectfully submitted,

/s/ Deanne E. Maynard
DEANNE E. MAYNARD
SETH W. LLOYD
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel.:  (202) 887-8740
DMaynard@mofo.com

*Counsel for Defendant-Appellant NeoGenomics Laboratories, Inc.*