# United States Court of Appeals for the Federal Circuit

---

**NATERA, INC.,**
*Plaintiff-Appellee*

**v.**

**NEOGENOMICS LABORATORIES, INC.,**
*Defendant-Appellant*

---

2024-1324, 2024-1409

---

Appeals from the United States District Court for the Middle District of North Carolina in No. 1:23-cv-00629-CCE-JLW, Chief Judge Catherine C. Eagles.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 12, 2024
Date

Jarrett B. Perlow
Clerk of Court